1  Bijal V. Vakil (SBN 192878)
   Email: bvakil@whitecase.com
2  WHITE & CASE LLP
   555 South Flower Street, Suite 2700
3  Los Angeles, CA 90071-2433
   Telephone: (213) 620-7700
4  Facsimile: (213) 452-2329

5  Attorneys for Defendant
   WALMART INC.
6

7             UNITED STATES DISTRICT COURT

8             CENTRAL DISTRICT OF CALIFORNIA

9                    WESTERN DIVISION

10

11 | WOW VIRTUAL REALITY, INC., | Case No.: 2:17-CV-08011-FFM
12 | Plaintiff, |
13 | v. | **STIPULATION TO REFLECT NAME CHANGE FROM WAL-MART STORES, INC. TO WALMART INC.**
14 | WAL-MART STORES, INC.,[1] |
15 | Defendant. |

---

[1] On February 1, 2018, Wal-Mart Stores, Inc. changed its name to Walmart Inc.

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 7-1 and 52-4.1, Defendant Wal-Mart Stores, |
| 2 | Inc., now known as Walmart Inc., and Plaintiff Wow Virtual Reality, Inc., by and |
| 3 | through their counsel of record, hereby stipulate as follows: |
| 4 | WHEREAS Wal-Mart Stores, Inc. represents that it filed a Certificate of |
| 5 | Amendment with the Delaware Secretary of State, in which Wal-Mart Stores, Inc., |
| 6 | changed its name to Walmart Inc., effective on February 1, 2018 (*see* Exhibit A); |
| 7 | WHEREAS Walmart Inc. represents that it filed an Amended Statement of |
| 8 | Foreign Corporation with the California Secretary of State, in which Wal-Mart |
| 9 | Stores, Inc., changed its name to Walmart Inc., effective on February 1, 2018 (*see* |
| 10 | Exhibit B); |
| 11 | WHEREAS the parties agree that this Stipulation merely reflects the above-|
| 12 | noted change of corporate name, and does not affect any substantive issue in this |
| 13 | case; |
| 14 | NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the |
| 15 | Parties, through their respective counsel and subject to the Court's approval, that: |
| 16 | Wal-Mart Stores, Inc. shall now be known as Walmart Inc. in this action and the |
| 17 | caption of the case shall be: |
| 18 | |
| 19 | WOW VIRTUAL REALITY, INC.,     Case No.: 2:17-CV-08011-FFM |
| 20 |     Plaintiff, |
| 21 |   v. |
| 22 | WALMART INC., |
| 23 |     Defendant. |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| | Respectfully submitted, |
| Dated: February 21, 2018 | WHITE & CASE LLP |
| | By: */s/ Bijal V. Vakil* <br> Bijal V. Vakil |
| | Attorneys for Defendant <br> Walmart Inc. |
| Dated: February 21, 2018 | THE FRASER FIRM |
| | By: */s/ Keith D. Fraser* <br> Keith D. Fraser |
| | Attorneys for Plaintiff <br> Wow Virtual Reality, Inc. |

## **ATTESTATION FOR SIGNATURE**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest Keith D. Fraser, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.

Dated: February 21, 2018

           By: */s/ Bijal V. Vakil* <br>              Bijal V. Vakil