# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOW VIRTUAL REALITY, INC., a California Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>WALMART, INC., a Delaware Corporation,<br><br>        Defendant. | CASE NO. 2:17-CV-08011 FFM<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL<br><br>TRIAL DATE: June 25, 2019 |

## [PROPOSED] ORDER

Pursuant to the parties' stipulation of dismissal under Rule 41(a)(1)(A)(ii) it is hereby ordered that the above matter is dismissed with prejudice.

IT IS SO ORDERED.


DATED: April 30, 2019                    /s/ Frederick F. Mumm
                                    Honorable Frederick F. Mumm
                                    United States Magistrate Judge